FILED by _____ D.C.

JAN 27 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S.D. OF FLA. - W.P.B.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

REPORT COMMENCING CRIMINAL ACTION

UNITED STATES OF AMERICA    CASE # 08-80057-CR
                                   M: Middlebrooks
VS

Lazero Simeon    PRISONER # 17226-014

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: CLERK'S OFFICE, UNITED STATES DISTRICT COURT:    (CIRCLE ONE)

MIAMI     FT. LAUDERDALE     **WEST PALM BEACH**     FT. PIERCE

*ALL ITEMS ARE TO BE COMPLETED - INFORMATION NOT APPLICABLE OR UNKNOWN TO BE INDICATED BY "N/A":*

1) DATE AND TIME OF ARREST: 1/22/14  1000

2) LANGUAGE(S) SPOKEN: English

3) OFFENSE(S) CHARGED: Probation Violation

4) U.S. CITIZEN    [✓] YES    [ ] NO    [ ] UNKNOWN

5) DATE OF BIRTH: /84

6) TYPE OF CHARGING DOCUMENT:    (CHECK ONE)
   [ ] INDICTMENT
   [ ] COMPLAINT TO BE FILED/ALREADY FILED
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [✓] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

   ORIGINATING DISTRICT: SD/FL

   COPY OF WARRANT LEFT WITH BOOKING OFFICER [✓] YES    [ ] NO

7) AMOUNT OF BOND: N/A    WHO SET BOND: N/A

8) ARRESTING/PROCESSING AGENT: P. Jimenez    DATE: 1/22/14

9) AGENCY: USMS    PHONE: 561-655-1827