UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-80057-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LAZERO W. SIMEON, JR.,

    Defendant.

_____/

## **FINAL JUDGMENT ON REVOCATION OF SUPERVISED RELEASE**

**THIS MATTER** comes before the Court upon the Petition of the United States Probation Office for revocation of supervised release. A final revocation hearing was conducted on April 30, 2014. The Defendant admitted to the violations listed in the Petition (D.E. 218). The Court finds that Defendant has violated the terms and conditions of supervision. After hearing from the parties and being fully advised as to the facts and circumstances of this case, it is

**ORDERED AND ADJUDGED** that the Defendant's period of supervision is hereby **REVOKED.** The Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of **24 (TWENTY-FOUR) MONTHS.** Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **5 (FIVE) YEARS**. All previous special conditions are hereby re-imposed with the following additional special conditions:

1. Location Monitoring Program - The defendant shall participate in the Location Monitoring Program and shall comply with the conditions of home detention, which will be monitored by a Global Positioning Satellite system, for a period of 24 (Twenty-Four) Months. He shall wear and/or carry a location monitoring device(s) and follow the monitoring procedures specified by the probation officer as outlined in the Location Monitoring Rules. The defendant shall pay all costs of the program based upon his ability to pay as determined by U.S. Probation Officer at the prevailing rate.

2. Financial Disclosure Requirement - The defendant shall provide complete access to financial information, including disclosure of all business and personal finances, to the U.S. Probation Officer.

3. Sex Offender Treatment - The defendant shall participate in a sex offender treatment program to include psychological testing and polygraph examination. Participation may include inpatient/outpatient treatment, if deemed necessary by the treatment provider. The defendant will contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third party payment.

4. Disclosure of Telephone Records - The defendant shall provide all personal/business telephone records to the U.S. Probation Officer upon request. Further, the defendant shall provide the U.S. Probation Officer written authorization to request a record of all the defendant's outgoing or incoming telephone calls from any telephone service provider.

**DONE AND ORDERED,** at West Palm Beach, Florida, this 30th day of April, 2014.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record
U.S. Marshal
Probation