UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80057-CR-MIDDLEBROOKS

**UNITED STATES OF AMERICA,**
   **v.**

**LAZERO W. SIMEON,**

**Defendant.**
_____/

## GOVERNMENT'S RESPONSE TO
## DEFENDANT'S MOTION TO MODIFY CONDITIONS

The United States, through the undersigned Assistant United States Attorney, hereby respectfully submits this Response to Motion to Modify Conditions [D.E. # 263], for the reasons set forth below:

1. On April 30, 2014, this Court sentenced Lazero W. Simeon to a term of 24 months' imprisonment, followed by a term of 5 years' supervised release. [D.E.# 238]. The Court imposed this sentence after revoking a previous term of supervised release. [D.E.# 218].

2. The Court entered an Order that all standard and special conditions from the original judgment remain in effect but imposed an additional four special conditions. These new conditions consisted of: (1) a location monitoring program; (2) a financial disclosure requirement; (3) a sex offender treatment program; and, (4) disclosure of telephone records.

3. On November 8, 2016, Defendant, Lazero W. Simeon, filed a Motion to Modify Conditions of his Supervised Release Term [D.E.# 263].

4. Defendant requests this that this Court modify the additional special conditions 1 and 3 that were imposed at the time of his revocation.

5. The United States attempted to contact the probation officer in order to determine its position regarding the defendant's motion to modify. The probation office has not responded to the request for information.

6. Accordingly, the government does not oppose the modification of condition 1, the location monitoring program, but does oppose the modification of condition 3, the sex offender treatment program, until the probation office informs the Court that it is no longer necessary.

**WHEREFORE** the United States requests that this Court **GRANT** the Motion to Modify condition 1, the location monitoring program, and **DENY** the Motion to Modify condition 3, the sex offender treatment program.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

 s/LOTHROP MORRIS
By: LOTHROP MORRIS
ASSISTANT U.S. ATTORNEY
Florida Bar # 0095044
500 Australian Avenue, Suite 400
West Palm Beach, FL 33401
(561) 820-8711
(561) 820-8777 (FAX)
LOTHROP.MORRIS@USDOJ.GOV

## Certificate of Service

**I HEREBY CERTIFY** that on November 16, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Lothrop Morris*

_____
Lothrop Morris
Assistant United States Attorney