UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80057-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LAZARO W. SIMEON, JR.,

    Defendant.

_____/

## ORDER ON DEFENDANT'S MOTION TO MODIFY SUPERVISED RELEASE CONDITIONS

**THIS CAUSE** comes before the Court upon the Defendant's Motion to Modify Supervised Release Conditions (D.E. 263). After reviewing Defendant's motion, the Government's response (D.E. 265), the U.S. Probation Officer's response and being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Defendant's Motion to Modify Supervised Release Conditions (**D.E. 263**) is hereby **DENIED.**

**DONE AND ORDERED** at West Palm Beach, Florida this _8_ day of December, 2016.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record
        U.S. Probation